**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SALLY MERRITT, | ) | 3:11-cv-00312-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| HARRAH'S ENTERTAINMENT INC., | ) | |
| Defendant. | ) | |

Pursuant to stipulation (#44) this case is dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: This 28th day of May, 2013.

*/s/ Howard D. McKibben*

UNITED STATES DISTRICT JUDGE